# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-15-00675-CR**
**NO. 03-15-00676-CR**

---

**Gerald Stevens, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY**
**NOS. C-1-CR-15-100025 & C-1-CR-15-100026**
**HONORABLE NANCY WRIGHT HOHENGARTEN, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

A jury in justice court found Gerald Stevens guilty of speeding and of no operator's license on demand. The jury assessed a $200 fine in each case. Stevens sought a trial de novo in the county court at law, then filed a special appearance and plea to the jurisdiction in each case. The county court at law denied Stevens's special appearances and pleas to the jurisdiction, and Stevens filed a Notice of Appeal challenging those decisions in each case. We dismiss these appeals because we lack jurisdiction to consider their merits in an interlocutory appeal.

Interlocutory appeals—those made before a final judgment is rendered in the trial court—are generally not permitted in Texas criminal proceedings. *Leija v. State*, 456 S.W.3d 157, 158 (Tex. Crim. App. 2015). The offenses of which Stevens was convicted carry criminal penalties. *See* Tex. Transp. Code §§ 521.025 (failure to display license on demand), 545.351

(speeding); *see also id.* § 542.301 (general offense level). Stevens appealed the justice court's judgments to obtain a trial de novo in the county court at law. *See* Tex. Code Crim. Proc. art. 44.17. The record contains no final judgments in these cases from the county court at law. We do not find any grant of authority to review by interlocutory appeal the denial of a plea to the jurisdiction or special appearance in a criminal case. Stevens cites to Texas Civil Practice and Remedies Code section 51.014 but, as the title of that code indicates, that is expressly a *civil* practice statute; we find no basis on which to apply it in these *criminal* cases.

We dismiss these appeals for want of jurisdiction.

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Bourland

Dismissed for Want of Jurisdiction

Filed: January 22, 2016

Do Not Publish

2